1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7  TERESA DOSKOCZ,                              Case No.  15-cv-01525-LB

               Plaintiff,
8
9          v.                                   **REASSIGNMENT ORDER**

10  ASSOCIATION LIEN SERVICES,

               Defendant.
11
12
13  GOOD CAUSE APPEARING THEREFOR,

14          IT IS ORDERED that this case is reassigned to the **Honorable James Donato** in **San**

15  **Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

16  bear the **initials JD** immediately after the case number. All dates presently scheduled are vacated

17  and motions should be renoticed for hearing before the judge to whom the case has been

18  reassigned. Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil

19  L.R. 7-7(d). Matters for which a magistrate judge has already issued a report and recommendation

20  shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall

21  proceed in accordance with Fed. R. Civ. P. 72(b).

22          .

23  Dated: 4/14/2015

24                                      FOR THE EXECUTIVE COMMITTEE:

25                                      *Richard W. Wieking*

26                                      Richard W. Wieking
                                        Clerk of Court
27  A true and correct copy of this order has been served by mail upon any pro se parties.

28

United States District Court
Northern District of California