AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

| TERESA DOSKOCZ | CONSENT ORDER GRANTING |
| Plaintiff (s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| ASSOCIATION LIEN SERVICES | CASE NUMBER: 3:15-cv-01525-JD |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Teresa Doskocz__ substitutes
(Party (s) Name)

__Justin T. Berger__, State Bar No. __250346__ as counsel of record in
(Name of New Attorney)

place of __Jason Green-Lowe and Michael R. Bracamontes__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Cotchett Pitre & McCarthy, LLP
Address: San Francisco Airport Office Ctr, 840 Malcolm Road, Ste. 220, Burlingame, CA 94010
Telephone: (650) 697-6000      Facsimile (650) 697-0577
E-Mail (Optional): jberger@cpmlegal.com

I consent to the above substitution.
Date: 9/12/15                                   (Signature of Party (s))

I consent to being substituted.
Date: 8/26/15                                   (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/25/15                                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/15/2015

APPROVED
Judge James Donato

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]